IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN LEWIS, | : |
| Plaintiff, | : |
| v. | : NO. 2:23-CV-1634-MRP |
| OVERBROOK SCHOOL FOR THE BLIND and CAROL HAVENS-DOBBS, | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, by and through their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action, with prejudice, with each party to bear her and its own respective fees and costs of this action. Stipulated and agreed to by:

**BRIAN J. FOLEY LAW**

*/s/Brian J. Foley*
Brian J. Foley, Esquire
6701 Germantown Ave, Suite 200
Philadelphia, PA 19119

*Counsel for Plaintiff Kevin Lewis*

**COZEN O'CONNOR**

*/s/Christopher J. Kelly*
Christopher J. Kelly, Esquire
Jeffrey I. Pasek, Esquire
1650 Market St. Ste 2800
Philadelphia, PA 19103

*Counsel for Overbrook School for the Blind and Carol Havens-Dobbs*

**IT IS SO ORDERED.**

_____
**HONORABLE MIA ROBERTS PEREZ**

Date: _____